

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-16-00290-CR

Christopher **JUSTICE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3809
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

    Amy Hind's notification of late record is hereby noted. The reporter's record is due October 19, 2016.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court